IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| AGROS SHIPPING CO. LTD., | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 4:19-CV-1364 |
| | § § | **IN ADMIRALTY** |
| CEYLON PETROLEUM CORPORATION | § § § | |
| Defendant. | § § | |

## DECLARATION OF THEO PILAVAKIS

I, Theo Pilavakis, pursuant to 28 U.S.C. §1746 hereby declare and say the following under penalty of perjury:

1. I am a representative of Plaintiff AGROS SHIPPING CO. LTD (hereinafter "Plaintiff") and authorized to act on Plaintiff's behalf.

2. I am an individual of sound mind and body, and have never been convicted of a crime of moral turpitude.

3. This declaration is respectfully submitted in support of Plaintiff's application for maritime attachment and garnishment of property of Defendant CEYLON PETROLEUM CORPORATION (hereinafter "Defendant").

4. I make this declaration based on my personal knowledge; official company records; my own investigation; discussion with Plaintiff; and other information available to the public at large.

5. I have read the Ex Parte Motion for and Order Directing Issuance of Writ of Maritime Attachment and Garnishment Pursuant to Supplemental Admiralty Rule B and for

1

Expedited Consideration prepared by Plaintiff's attorneys, CHALOS & CO, P.C., know the contents thereof, and hereby declare that the allegations are true and accurate.

6. Plaintiff has conducted an investigation and made maritime industry inquiries of Defendant's regular business activities due to the large outstanding debt caused by Defendant's breach of the charter party agreement.

7. Those investigations and industry inquiries and have revealed that garnishees British Petroleum (hereinafter "BP") and/or Gulf Petrochem and GP Global WOS Ltd. (hereinafter collectively "Gulf Petrochem") have or likely to have outstanding debts due and owing to Defendant based on regular business activities by and between these companies, to wit, the transport and trade of petroleum and gas products worldwide. *See* Spreadsheet attached hereto as Exhibit 1.

8. Garnishees BP and Gulf Petrochem both have offices located within the Southern District of Texas in Houston, Texas.

9. I hereby declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and accurate to the best of my knowledge.

Respectfully Submitted,

Dated: April 17, 2019

Theo Pilavakis, FICS
Managing Director
World Tankers (UK) Ltd.
(As Agents)
*Authorized Representative of Plaintiff*
*Agros Shipping Co. Ltd.*

2

# EXHIBIT 1

| CPC REF. NO | ETA / LAYCAN | VESSEL | PRODUCT(S) | CARGO QUANTIT | BERTH | CHARTERER / SUPPLIER | LOAD PORT | TERMINAL |
|---|---|---|---|---|---|---|---|---|
| BK/14/2019 | PRESENTLY DISCHARGING | TEATRALNY BRIDGE | GAS OIL 0.05%S | 16,686 MTS | DTB/SPBM | GULF PRTROCHEM | SINGAPORE | VOPAK |
| | | | GASOLINE 92 | 13,417 MTS | | | | |
| | | | GASOLINE 95 | 7738 MTS | | | | |
| BK/16/2019 | PRESENTLY DISCHARGING | SEAMERIDIAN | GAS OIL 0.001%S | 7,063 MTS | DTB/SPBM | GULF PRTROCHEM | SINGAPORE | HORIZON |
| | | | GAS OIL 0.05%S | 15,125 MTS | | | | |
| | | | GASOLINE 92 | 16,000 MTS | | | | |
| BK/17/2019 | 09/03/2019 | RIBE MAERSK | HSFO | 25,000 MTS | DTB | GULF PRTROCHEM | FUJAIRAH | OTB 6 |
| CR/04/2019 | AWAITING BERTHING | ETC RAMSIS | CRUDE OIL | 95,797 MT | SPBM | ITOUCHU | FUJAIRAH | BP |
| BK/18/2019 | 12-13/03/2019 | MERAPI | GAS OIL 0.05%S | 40,000 MTS | | SWISS SG | SIKKA, INDIA | RELIENCE |
| BK/19/2019 | 20-21/03/2019 | TBN | GASOLINE 92 | 37,500 MTS | | | | |
| BK/20/2019 | 24-25/03/2019 | TBN | GAS OIL 0.05%S | 40,000 MTS | DTB/SPBM | | | |
| CR/05/2019 | 26-27/03/2019 | TBN | CRUDE OIL | 90,000 MTS | SPBM | ENOC | FUJAIRAH | BP |
| BK/22/2019 | 30-31/03/2019 | TBN | GAS OIL 0.05%S | 11,000 MTS | DTB/SPBM | | | |
| | | | GASOLINE 92 | 20,300 MTS | | | | |
| | | | GASOLINE 95 | 7,000 MTS | | | | |

2019

| CPC REF. NO | ETA / LAYCAN | VESSEL | PRODUCT(s) | CARGO QUANTITY | BERTH | CHARTERER / SUPPLIER | LOAD PORT | TERMINAL |
|---|---|---|---|---|---|---|---|---|
| BK/25/2019 | PRESENTLY DISCHARGING | POLITISA LADY | GAS OIL 0.05%S | 26,956.137 MTS | DTB/SPBM 02 | GULF PETROCHEM | AL-JUBAIL | SHELL |
| | | | JET A1 | 14,219.217 MTS | | | | |
| BK/27/2019 | PRESENTLY DISCHARGING | TORM ASLAUG | GAS OIL 0.05%S | 12,683.098 MTS | DTB/SPBM 02 | VITOL | SINGAPORE | HORIZON |
| | | | GASOLINE 92 | 17,797.330 MTS | | | | |
| | | | GASOLINE 95 | 6,626.696 MTS | | | | |
| BK/28/2019 | 21-22/04/2019 | SAPSAN | GAS OIL 0.05%S | 20,000 MTS | DTB/SPBM 02 | VITOL | SINGAPORE | TBN |
| | | | GASOLINE 92 | 20,000 MTS | | | | |
| BK/29/2019 | 24-25/04/2019 | FAVOLA | FUEL OIL (H/S) | 20,000 MTS | DTB | GULF PETROCHEM | FUJAIRAH | FOT 201 |
| BK/30/2019 | 29-30/04/2019 | MERAPI | GAS OIL 0.05%S | 24,300 MTS | DTB/SPBM 02 | GULF PETROCHEM | SINGAPORE | HORIZON |
| | | | GASOLINE 92 | 16,000 MTS | | | | |
| BK/31/2019 | 29-30/04/2019 | TORM AGNES | GAS OIL 0.05%S | 23,000 MTS | DTB/SPBM 02 | GULF PETROCHEM | FUJAIRAH | TBN |
| | | | JET A1 | 15,000 MTS | | | | |
| CR/07/2019 | 28-29/04/2019 | TBN | CRUDE OIL | 90,000 MTS | SPBM 01 | VITOL | FUJAIRAH | TOTAL |
| BK/32/2019 | 05-06/05/2019 | TORM ASTRID | GAS OIL 0.05%S | 11,000 MTS | DTB/SPBM 02 | VITOL | SINGAPORE | TBN |
| | | | GASOLINE 92 | 20,300 MTS | | | | |
| | | | GASOLINE 95 | 7,000 MTS | | | | |
| BK/34/2019 | 04-05/05/2019 | TBN | FUEL OIL (H/S) | 20,000 MTS | DTB | GULF PETROCHEM | FUJAIRAH | VTT |
| BK/33/2019 | 06-07/05/2019 | TBN | GAS OIL 0.05%S | 25,000 MTS | DTB/SPBM 02 | TBN | TBN | TBN |
| | | | JET A1 | 15,000 MTS | | | | |
| CR/08/2019 | 15-16/05/2019 | OLYMPIC SEA | CRUDE OIL | 90,000 MTS | SPBM 01 | ITOCHU | FUJAIRAH | TOTAL |