IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| AGROS SHIPPING CO. LTD., | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 4:19-CV-1364 |
| | § § | **IN ADMIRALTY** |
| | § § | |
| CEYLON PETROLEUM CORPORATION | § § | |
| Defendant. | § § | |

## WRIT OF COMPULSORY PROCESS

**WHEREAS**, Plaintiff, AGROS SHIPPING CO. LTD., filed a Motion for an Order Authorizing Issuance of Compulsory Process in the above captioned suit to require Garnishee British Petroleum (hereinafter "BP") to file the said garnishee's answer and responses to interrogatories as required under Rule B(3)(a) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Federal Rules of Civil Procedure;

**WHEREAS**, the Court reviewed the unopposed Motion for the Issuance of Compulsory Process and found that the conditions for compulsory process appeared to exist and entered an Order so stating and authorizing the issuance of compulsory process;

**NOW THEREFORE**, **WE HEREBY COMMAND YOU**, British Petroleum, in your capacity as garnishee in the above-captioned action, to serve an Answer under oath and to serve your responses to the garnishee interrogatories that were served on April 23, 2019 and to do so within 10 days from the date of this Writ;

Failure to comply with this Writ may subject you to the lawful consequences of willful failure to obey an Order of this Court.

Witness, the Honorable Nancy F. Atlas, Senior United States District Judge for the Southern District of Texas this ___ day of June 2019.

_____
NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE