IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| AGROS SHIPPING CO. LTD., | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 4:19-CV-1364 |
| | § § | **IN ADMIRALTY** |
| CEYLON PETROLEUM CORPORATION | § § § | |
| Defendant. | § § | |

## ORDER

On June 18, 2019, Plaintiff AGROS SHIPPING CO. LTD., filed a Motion for an Order Authorizing Issuance of Compulsory Process in the above captioned suit to require Garnishee British Petroleum to file the said garnishee's answer and responses to interrogatories as required under Rule B(3)(a) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

The Court has reviewed and considered the Motion along with exhibits in support thereof, and it has determined that good cause has been shown for compulsory process to issue against the Garnishee British Petroleum. **ACCORDINGLY, IT IS HEREBY:**

**ORDERED** that the Clerk shall issue Compulsory Process against Garnishee British Petroleum commanding it to serve its answer under oath and to answer the garnishee interrogatories that were served on April 23, 2019 and to do so within 10 days from the issuance of the compulsory process, and failing to do so, and on application of Plaintiff, the said Garnishee may be ordered to show cause why it should not be held in

contempt for not abiding with this order and for reasonable attorney fees and costs incurred by Plaintiff in the matter.

**SO ORDERED.**

Dated: June 19, 2019
Houston, Texas

*[signature]*
NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE