IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| AGROS SHIPPING CO. LTD., | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | |
| | § | Civil Action No. 4:19-CV-1364 |
| CEYLON PETROLEUM | § | |
| CORPORATION, | § | **IN ADMIRALTY** |
| | § | |
| Defendant. | § | |
| | § | |

**ANSWER OF GARNISHEE BP AMERICA INC.
TO PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT**

Pursuant to Supplemental Rules of Admiralty B and E, and in addition to all other Federal Rules of Civil Procedure, and to Plaintiff's agreement to extend the answer deadline to August 19, 2019 (ECF No. 19), Garnishee BP America Inc. ("BP") files this Verified Answer to Plaintiff's Process of Maritime Attachment and Garnishment ("Process") and asserts as follows:

1. As of the date of service of the Process on BP, based upon a search of its records as it keeps them in its ordinary course of business, BP did not possess within the Southern District of Texas any property, tangible or intangible, payable to, held on behalf of, or to the order or for the benefit of Ceylon Petroleum Corporation.

2. Based on the foregoing, BP respectfully request that this Court vacate with prejudice the Process of Maritime Attachment and Garnishment in its entirety as to BP. *Geneve Butane, Inc. v. Nat'l Oil Corp.*, CV H-12-2205, 2012 WL 12863889, at *2 (S.D. Tex. Nov. 7, 2012) (J. Atlas), aff'd, 551 Fed. Appx. 185 (5th Cir. 2014).

DATED:   August 19, 2019

Respectfully submitted,

By: /s/ *Connell C. Hess*
   Hunton Andrews Kurth LLP
   Joseph W. Buoni
   Southern District Bar No. 2156529
   Connell C. Hess
   Southern District Bar No. 3061860
   600 Travis, Suite 4200
   Houston, Texas 77002
   Telephone: (713) 220-4200
   Facsimile: (713) 220-4285
   chess@HuntonAK.com

**ATTORNEYS FOR BP AMERICA INC.**

## CERTIFICATE OF SERVICE

I certify that on August 19, 2019, a true and correct copy of the foregoing Objections and Responses of Non-Party BP America Inc. were served by electronic mail and U.S. certified mail, return receipt requested, on counsel issuing the subpoena, as follows:

CHALOS & Co, P.C.
Briton P. Sparkman, Esq.
Margaret L. Manns, Esq.
7210 Tickner Street
Houston, TX 77055
Tel: (713) 574-9582
Fax: (866) 702-4577
bsparkman@chaloslaw.com
mmanns@chaloslaw.com

*Attorneys for Plaintiff Agros Shipping Co. Ltd.*

## VERIFICATION

I, William Noble, being first duly sworn, depose and state that I am the General Counsel for BP America Inc. and am duly authorized to verify the foregoing Answer of Garnishee BP America Inc. To Process Of Maritime Attachment and Garnishment. I am verifying these answers based solely upon my position as the General Counsel of BP America Inc. There is no single officer at BP America Inc. that has personal knowledge of all the facts and matters relating to this case, and none of the facts and matters set forth in these answers are within my personal knowledge. The facts and matters set forth therein have been assembled from various sources of information under the direction of the Legal Department with assistance from retained counsel, and I am informed that the facts and matters set forth therein are true and correct as stated.

Under penalties provided by law, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true.

FURTHER AFFIANT SAYETH NAUGHT.

BP America Inc.

_____
William Noble

Subscribed and sworn before me on this _19th_ day of _August_, 2019.

_____
Notary Public

My Commission expires:
February 1, 2020

KELLY PRITCHARD
My Notary ID # 124129219
Expires February 1, 2020

100841.0000040 EMF_US 75753900v2